UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Gloria Chaney,<br><br>       Plaintiff,<br><br>v.<br><br>Chase Bank USA, N.A., Experian Information Solutions, Inc., and Trans Union LLC,<br><br>       Defendant(s). | Civil Action No. 16-257-RGA |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and among Plaintiff, Gloria Chaney ("Plaintiff"), and Defendant Trans Union, LLC ("Trans Union") that Plaintiff's claims against Trans Union are hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees with respect to all claims solely between them.

/s/ Antranig Garibian
Antranig Garibian (#4692)
Garibian Law Offices, P.C.
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
*Attorneys for Plaintiff*
*Gloria Chaney*

/s/ Erika R. Caesar
Beth Moskow-Schnoll (#2900)
Erika R. Caesar (#5143)
BALLARD SPAHR, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
*Attorneys for Defendant*
*Chase Bank USA, N.A.*

/s/ Blake A. Bennett
Blake A. Bennett, Esquire (#5133)
Cooch & Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19801
*Attorneys for Defendant*
*Trans Union, LLC*

SO ORDERED this 29 day of June, 2016

Richard G. Andrews
United States District Judge